INVITROGEN CORPORATION
(formerly Life Technologies,
Inc.), Plaintiff–Appellant,

v.

STRATAGENE HOLDING CORPORA-
TION, Stratagene, Inc., and Biocrest
Manufacturing, L.P., Defendants–Ap-
pellees.

No. 01–1559.

United States Court of Appeals,
Federal Circuit.

Feb. 11, 2002.

Before MICHEL, DYK and PROST,
Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.